

x3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** CHICAGO TILE INSTITUTE PENSION PLAN, et. al.
County of Residence: COOK
Plaintiff's Atty: Michael J. McGuire
Gregorio & Associates
2 N. LaSalle, Suite 1650,
Chicago, IL 60602
312-263-2343

**Defendant(s):** JP FLOORING CORP.
County of Residence:
Defendant's Atty:

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties**
(Diversity Cases Only)
Plaintiff:-N/A
Defendant:-N/A

**07CV6155**
**JUDGE MANNING**
**MAG. JUDGE ASHMAN**

**IV. Origin :** 1. Original Proceeding

**V. Nature of Suit:** 791 E.R.I.S.A

**VI. Cause of Action:** ERISA and 29 U.S.C. 1132 and 185

**VII. Requested in Complaint**
Class Action:
Dollar Demand:
Jury Demand: No

FILED
OCT 31 2007
Oct. 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature:
Date: 10/31/07