## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, et. al., <br> v. <br> JP FLOORING CORP. | *JH* |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

**07CV6155**
**JUDGE MANNING**
**MAG. JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print) <br> FRANK A. MARCO | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ | FILED <br> Oct 31 <br> OCT 31 2007 <br> CLERK, MICHAEL W. DOBBINS <br> U.S. DISTRICT COURT |
| FIRM <br> GREGORIO & ASSOCIATES | |
| STREET ADDRESS <br> 2 N. LASALLE ST., SUITE 1650 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06205057 | TELEPHONE NUMBER <br> (312) 263-2343 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐