### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, et. al., <br> v. <br> JP FLOORING CORP. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

**07CV6155**
**JUDGE MANNING**
**MAG. JUDGE ASHMAN**

| NAME (Type or print) |
|---|
| MICHAEL J. MCGUIRE |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ |

**FILED**

OCT 31 2007
OCT 31 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| FIRM |
|---|
| GREGORIO & ASSOCIATES |

| STREET ADDRESS |
|---|
| 2 N. LASALLE ST., SUITE 1650 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290180 | (312) 263-2343 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |