# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Chicago Tile Institute Welfare Plan, et al.
                                    Plaintiff,

v.                                  Case No.: 1:07−cv−06155
                                    Honorable Blanche M. Manning

JP Flooring Corp
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 20, 2007:

    MINUTE entry before Judge Blanche M. Manning : Status hearing set for 12/18/2007 at 11:00 AM. Plaintiffs' counsel should be prepared to advise the court regarding the progress of efforts to serve the defendant. Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.