# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

CHICAGO TILE INSTITUTE PENSION PLAN, et. al.

v.

JP FLOORING CORP.

**07CV6155**
**JUDGE MANNING**
**MAG. JUDGE ASHMAN**

TO: (Name and address of defendant)

> JP Flooring Corp.
> Mr. Jose H. Perez, President
> 1879 Jamestown Cir.
> Hoffman Estates, IL 60169

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Frank A. Marco
> Gregorio & Associates
> 2 North LaSalle Street, Suite 1650
> Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
Michael W. Dobbins, Clerk

(by) Deputy Clerk

OCT 3 1 2007
Date

| | | |
|---|---|---|
| **ClientCaseID:** FRANK A MARCO |  | **CaseReturnDate:** 11/30/07 |
| **Law Firm ID:** GREGORIO | | Affidavit of Special Process Server |

# UNITED STATES DISTRICT COURT

Case Number **07C6155**

I, TERRENCE RYAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **JP FLOORING CORP.**
PERSON SERVED **JOSE H. PEREZ**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 11/20/07

**FILED**
NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE   **Race** HISPANIC   **Age** 31
**Height** 5' 8"   **Build** MEDIUM   **Hair** BLACK

**LOCATION OF SERVICE**   **4338 N. ALBANY AVE 1ST FLOOR CHICAGO, IL, 60618**

Date Of Service   11/20/07           Time of Service   10:45 AM

TERRENCE RYAN                                                                11/20/2007
**Special Process Server**
P.E.R.C. #129-238426

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.