UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# SUMMONS IN A CIVIL CASE

CHICAGO TILE INSTITUTE PENSION PLAN, et. al.

07CV6155
JUDGE MANNING
MAG. JUDGE ASHMAN

v.

JP FLOORING CORP.

TO: (Name and address of defendant)

JP Flooring Corp.
Mr. Jose H. Perez, President
1879 Jamestown Cir.
Hoffman Estates, IL 60169

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frank A. Marco
Gregorio & Associates
2 North LaSalle Street, Suite 1650
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
Michael W. Dobbins, Clerk

(by) Deputy Clerk

OCT 3 1 2007
Date


EXHIBIT A

**RECEIVED**

ClientCaseID: FRANK A MARCO
Law Firm ID: GREGORIO

*167771A*

CaseReturnDate: 11/30/07
Affidavit of Special Process Server


NOV 2 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT

Case Number **07C6155**

I, TERRENCE RYAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

### CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  JP FLOORING CORP.
PERSON SERVED  JOSE H. PEREZ
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 11/20/07

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

Sex  MALE   Race  HISPANIC   Age  31
Height  5' 8"   Build  MEDIUM   Hair  BLACK

LOCATION OF SERVICE   4338 N. ALBANY AVE 1ST FLOOR
CHICAGO, IL, 60618

Date Of Service  11/20/07         Time of Service  10:45 AM

TERRENCE RYAN                                                    11/20/2007
Special Process Server
P.E.R.C. #129-238426

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.