IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TILE INSTITUTE WELFARE )
PLAN, et.al., )
)
                Plaintiffs, )
)
    v. ) Judge Manning
) Case No.: 07 C 6155
)
JP FLOORING CORP. )
)
                Defendant. )

### *Affidavit of Bob Felde*

Now comes BOB FELDE who after being duly sworn upon oath states as follows:

1.    I am the Director of Benefits for the Chicago Tile Institute Welfare and Pension Plans and in such capacity; I am authorized to make this Affidavit on behalf of the plaintiffs.

2.    The Defendant failed to pay contributions for the months of June and July 2007. As a result Defendant currently owes $5,520.00 in unpaid contributions.

3.    Because of its failure to pay contributions due in a timely manner, Defendant owes interest, which continues to accrue and liquidated damages assessed at 10% for all funds, except the annuity fund, which are assessed at 20%.

4.    Accrued as of December 2007, Defendant owes $104.70 in liquidated damages, and $73.60 in interest.

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.**

By: 
     BOB FELDE

EXHIBIT
B