IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, et al. | ) ) |
| Plaintiffs, | ) 07 CV 6155 |
| | ) Judge Manning |
| v. | ) |
| | ) |
| JP FLOORING CORP., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:  Mr. Jose Perez, President
JP Flooring Corp.
1879 Jamestown Cir.
Hoffman Estates, IL 60169

PLEASE TAKE NOTICE that on December 18, 2007, I shall appear before the Honorable Judge Manning at approximately **11:00 a.m. in Courtroom 2156,** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my Motion for Judgment by Default

S/Michael J. McGuire
By: Michael J. McGuire

Michael J. McGuire
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343

STATE OF ILLINOIS)
                 )  SS
COUNTY OF COOK )

Jean Culich, being first duly sworn on oath, deposes and says that she served the above and foregoing Motion for Judgment by Default by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to whom said Notice is directed on the 13th day of December 2007.

>   Mr. Jose Perez, President
>   JP Flooring Corp.
>   1879 Jamestown Cir.
>   Hoffman Estates, IL 60169

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

By:_____

Michael J. McGuire
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343