UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Chicago Tile Institute Welfare Plan, et al.<br>Plaintiff,<br>v.<br>JP Flooring Corp<br>Defendant. | Case No.: 1:07−cv−06155<br>Honorable Blanche M. Manning |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 18, 2007:

MINUTE entry before Judge Blanche M. Manning :Motion hearing held on 12/18/2007. On plaintiffs' motion for default judgment [9], enter default order. Said motion is taken under advisement. Status hearing stricken.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.