# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6155 | **DATE** | 1/16/2008 |
| **CASE TITLE** | Chicago Tile Institute Welfare Plan, et al. Vs. JP Flooring, Corp. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for default judgment [9] is granted. Judgment is entered in favor of the plaintiffs and against defendant in the sum of $6,965.80. Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|