IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TILE INSTITUTE    )
WELFARE PLAN, CHICAGO TILE  )
INSTITUTE PENSION PLAN, AND  )
CERAMIC TILE, TERRAZZO, & GRANITE )
CUTTERS UNION LOCAL NO. 67,  )
             )
      Plaintiffs, )
             )
    v.      ) Judge Manning
            ) Case No.: 07 C 6155
             )
JP FLOORING CORP.     )
             )
      Defendant. )

### *Motion to Amend Judgment*

Plaintiffs, by its Attorney, Michael J. McGuire, move this Court to Amend the Judgment Order pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.  Further, in support of this Motion the Plaintiffs state:

1. A Judgment Order was entered in this matter by the Honorable Judge Blanch M. Manning against the Defendant JP Flooring Corp., on January 16, 2008.  (**Exhibit 1**)


2. The caption of the Judgment Order names the Plaintiffs as Chicago Tile Institute Welfare Plan, et. al.


3. Plaintiffs wish to amend the Judgment Order to include all named Plaintiffs in the caption as set forth in the Complaint. The proposed Amended Judgment Order would list the, Chicago Tile Institute Welfare Plan, Chicago Tile Institute Pension Plan, and Ceramic Tile, Terrazzo, & Granite Cutters Union Local No. 67 as Plaintiffs in the caption.   A copy of the proposed Amended Judgment Order is attached.


4. The proposed amendment to the Judgment Order does not affect the rights of either party.

5.     This motion is being brought within ten days of the date of entry of Judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs move for the Court to Amend the Judgment Order to name each Plaintiff in the Judgment Order.

By: S/Michael J. McGuire
    MICHAEL J. MCGUIRE

Michael J. McGuire
Attorney for Plaintiffs
2 North LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343