IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, CHICAGO TILE INSTITUTE PENSION PLAN, AND CERAMIC TILE, TERRAZZO, & GRANITE CUTTERS UNION LOCAL NO. 67, | ) ) ) ) ) ) | 07 CV 6155 Judge Manning |
| v. | ) ) | |
| JP FLOORING CORP., | ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: Mr. Jose Perez, President
JP Flooring Corp.
1879 Jamestown Cir.
Hoffman Estates, IL 60169

PLEASE TAKE NOTICE that on January 29, 2008, I shall appear before the Honorable Judge Manning at approximately **11:00 a.m. in Courtroom 2156,** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my Motion to Amend the Judgment Order.

S/Michael J. McGuire
By: Michael J. McGuire

Michael J. McGuire
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343

STATE OF ILLINOIS)
　　　　　　　　　　) SS
COUNTY OF COOK )

Julie King, being first duly sworn on oath, deposes and says that she served the above and foregoing Motion to Amend Judgment Order by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to whom said Notice is directed on the 23rd day of January 2008.

　　　Mr. Jose Perez, President
　　　JP Flooring Corp.
　　　1879 Jamestown Cir.
　　　Hoffman Estates, IL 60169

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

　　　　　　　　　　　　　　　By: S/ Julie King


Michael J. McGuire
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343