Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6155 | DATE | 1/29/2008 |
| CASE TITLE | Chicago Tile Institute Welfare Plan, et al. Vs. JP Flooring Corp | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion to amend judgment to include all named plaintiffs in the caption as set forth in the complaint [14] is granted. Enter Amended Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | rs |
|---|---|---|