

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, CHICAGO TILE INSTITUTE PENSION PLAN, AND CERAMIC TILE, TERRAZZO, & GRANITE CUTTERS UNION LOCAL NO. 67, ) ) ) ) ) ) | |
| Plaintiffs, ) | 07 C 6155 |
| ) | Judge Manning |
| v. ) ) ) | |
| JP FLOORING, CORP. ) ) ) | |
| Defendant. ) | |

### Amended Judgment Order

WHEREAS, the Plaintiffs filed their complaint on October 31, 2007 and the Defendant was personally served with copies of Complaint and Summons; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Default Judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint; and

IT IS HEREBY ORDERD, ADJUDGED AND DECREED the Judgment is entered on behalf of the Plaintiffs and against the Defendant, JP FLOORING, CORP. in the sum of $6,965.80 representing the following amounts:

| | |
|---|---|
| Unpaid contributions for June and July 2007 | $5,520.00 |
| Attorney Fees and Costs | $1,267.50 |
| Interest | $73.60 |
| Liquidated Damages | $104.70 |

**Grand Total**..................................................................$6,965.80

ENTERED:

*Blanche M. Manning*
HON. BLANCHE M. MANNING

DATE: 1/29/2008

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343