## United States District Court for the Northern District of Illinois

Case Number: 07cv6155              Assigned/Issued By: j. n.

Judge Name:                        Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☑ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
                                           _____
☐ Wage-Deduction Garnishment Summons       _____
                                           (Victim, Against and $ Amount)
☑ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__1__ Original and __1__ copies on __3-14-08__ as to __jp flooring, corp.__
                                      (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm      03/14/05