IN THE CIRCUIT COURT OF THE NORTHERN DISTRICT EASTERN COUNTY, ILLINOIS

CHICAGO TILE INSTITUTE WELFARE PLAN

 Plaintiff )
        )
 v.       )
         ) Case No. 07 C 6155

JP FLOORING CORP
 Defendant, Judgment Debtor )
        )
WASHINGTON MUTUAL BANK, FA, )
 Citation Third Party Respondent )

FILED
Mar 24, 2008
MAR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWER OF CITATION THIRD PARTY RESPONDENT

 Citation Third Party Respondent, **Washington Mutual Bank, FA** ("Citation Respondent"), answers the Citation to Discover Assets to Third Party (the "Citation") and states, under penalty of perjury, that, with regard to the property of the Judgment Debtor:

 1. At the time of service of the Citation and from the time of service of the Citation to the time of this Answer, Citation Respondent had in its possession the following described property of Judgment Debtor or was indebted to the Judgment Debtor as follows:

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ NONE

B) Checking and/or Now Account (Amount withheld) $NONE

C) Certificate of Deposit (Amount held) $NONE

D) Money market Account (Amount held) $ NONE

E) Trust Account (Amount held) $ NONE

F) Safety Deposit Box $ NONE

G) Account(s) No. 306-256804-0 CLOSED 06/11/07

H) Adverse Claimant's Name _____ Address _____

I) Wages, Salary or Commissions _____ NONE

J) Other Personal Property, Assets, or Indebtedness (Describe) _____ NONE

 Attach a sheet for additional information required by the Citation

         Sub Total: $ NONE

         TOTAL: $ NONE

/OL 4-13-2004 10:24

Respectfully submitted,

CITATION RESPONDENT:
Washington Mutual Bank, FA

By: _____
Print Name: Anna Escobar
Title: Sr. Processing Representative

Date: March 21, 2008
Address: PO Box 2438
         Chatsworth, CA 91313
Phone: (818) 775-7450

**State of California**         }
                                }ss.
**County of Los Angeles**       }

Acknowledgement and Verification:

On this ___21st___ Day ___March___ 2008, before me, the undersigned Notary Public of the State of California personally appeared Anna Escobar as Senior Legal Processor of Citation Respondent, who stated under oath that the foregoing statements are true and correct and who acknowledged that he/she executed the foregoing instrument on behalf of Citation Respondent.

Witness my hand and official seal.    _____
                                       Notary Public, State of California

```
PAUL HERRERIA
Commission # 1716740
Notary Public - California
Los Angeles County
My Comm. Expires Jan 14, 2011
```

IN THE CIRCUIT COURT OF THE NORTHERN DISTRICT EASTERN COUNTY, ILLINOIS

CHICAGO TILE INSTITUTE WELFARE PLAN

|  |  |
|---|---|
| Plaintiff )<br>)<br>)<br>v. )<br>)<br>JP FLOORING CORP )<br>   Defendant, Judgment Debtor )<br>)<br>WASHINGTON MUTUAL BANK, FA, )<br>   Citation Third Party Respondent ) | Case No. 07 C 6155 |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing Answer of Citation Respondent upon the following persons in the manner indicated:

1. Plaintiff or Plaintiff's counsel:

   GREGORIO & ASSOCIATES
   TWO NORTH LASALLE STE 1650
   CHICAGO IL  60602
   (312)263-2343

   By depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

2. Judgment Debtor:

   JP FLOORING SERVICE CORP

   By depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

   This 21 March 2008.

   By: _____
   Print Name: Anna Escobar
   Title: Sr. Processing Representative
   On behalf of Citation Respondent

/.0L  4-13-2004 10:24